[For other cases involving this patent, see note to Bicknell v. Todd, Case No. 1,389.]

## Case No. 18,023.

### WOODWORTH v. WILSON.

[Cited in Smith v. Mercer, Case No. 13,078. Nowhere reported; opinion not now accessible.]